# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**ASHLEY GODWIN**,

    Plaintiff,

v.

**CAROLYN W. COLVIN,**
**Commissioner, Social Security Administration,**

    Defendant.

Civil Action No. 7:14-CV-100 (HL)

## ORDER

This case is before the Court on Plaintiff's Motion for Attorney's Fees Under the Equal Access to Justice Act. (Doc. 18). For the following reasons, Plaintiff's motion is granted.

On December 9, 2014, the Court entered an order remanding this case to the administrative level for further proceedings. (Doc. 16). On January 5, 2015, Plaintiff filed a timely motion for attorney's fees pursuant to 28 U.S.C. § 2412(d), a provision of the Equal Access to Justice Act ("EAJA"). (Doc. 18). Plaintiff seeks an award of attorney's fees in the amount of $4,806.26, to be paid directly to Plaintiff and delivered to Plaintiff's counsel. The requested fee award consists 8.60 hours of work by Charles L. Martin and 16.60 hours of work by Michel Phillips calculated at an hourly rate based on the Consumer Price Index ("CPI") hourly rate for the months of May 2014 through January 2015.

The Commissioner does not oppose Plaintiff's motion. (Doc. 19). Accordingly, the Court awards the requested amount of $4,806.26, representing 25.20 hours of attorney representation at historical hourly rates between May 2014 and January 2015.

**SO ORDERED** this 24th day of February, 2015.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

aks